# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.                                                             CASE NO: 6:23-mj-1027-DCI

**DARIUS RODNEY CAPERS**

AUSA: Michael Felicetta

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 11, 2023**<br>2:06-4:22<br>2 hours/16 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

### CLERK'S MINUTES
### INITIAL APPEARANCE/PRELIMINARY HEARING/DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
Court advised the Defendant of his rights.
Government summarized the charges and penalties in the Complaint.
Defendant made an oral motion to appoint counsel.
Court granted the motion and appointed the Federal Public Defender.
Government made an oral motion for detention.
Defendant requested to proceed with preliminary and detention hearing.
Government's witness sworn and testified: Charles Johnston.
Counsel for the Defendant cross examined the witness.
Defendant's witness sworn and testified: Ronald Capers
Counsel presented argument as to probable cause.
Court found probable cause. Order entered.
Counsel presented argument as to detention/release.
Court to release the Defendant on conditions of release if conditions are met.
Continuation of Detention Hearing to be set by separate Order.