# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.  **CASE NO: 6:23-mj-1027-DCI**

**DARIUS RODNEY CAPERS**

## ORDER OF TEMPORARY DETENTION

The continuation of the detention hearing in this case is scheduled as follows:

| **Place:** | George C. Young United States Courthouse and Federal Building. 401 W Central Boulevard Orlando, Florida | **Courtroom:** | 5C |
|---|---|---|---|
| | | **Date and Time:** | January 12, 2023, at 11:00 A.M. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 11, 2023

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE