# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:23-mj-1027-DCI

**DARIUS RODNEY CAPERS**

---

## FINDING OF PROBABLE CAUSE

On the evidence presented at the preliminary hearing, I find that there is probable cause to believe that the offenses charged in the Complaint have been committed and that the defendant committed them.   It is therefore,

**ORDERED** that **Darius Rodney Capers** is held to answer in the Middle District of Florida where the prosecution is pending.

**DONE** and **ORDERED** in Orlando, Florida on January 11, 2023.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record