# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**UNITED STATES OF AMERICA**

VS.   CASE NO: 6:23-mj-1027-DCI

**DARIUS RODNEY CAPERS**

AUSA: Michael Felicetta

Defense Attorney: Erin Hyde, Federal Public Defender

| JUDGE: | **DANIEL C. IRICK**<br>United States Magistrate Judge | DATE AND TIME: | **January 12, 2023**<br>11:03-11:35<br>32 minutes |
|---|---|---|---|
| Courtroom: | 5C | TOTAL TIME: | |
| DEPUTY CLERK: | Edward Jackson | REPORTER: | Digital<br>Orlando_Digital_Transcripts@flmd.uscourts.gov |
| INTERPRETER: | None | PRETRIAL/PROB: | Sonya Williams |

### CLERK'S MINUTES
### CONTINUATION OF DETENTION HEARING

Case called; appearances taken; procedural setting by the Court.
Defendant's witness sworn and testified: Tracy Stokes Capers, Laderida Latoya Stokes
Counsel for the Government cross examined the witness(es).
Government's exhibit entered.
Defense re-directed the witness(es).
Court denied the motion for detention and released the Defendant on conditions of release.
Order Setting Conditions of Release and Appearance Bond entered.